HALL & EVANS, LLC
KURT R. BONDS, ESQ.
Nevada Bar #6228
1160 North Town Center Dr., Suite 330
Las Vegas, NV 89144
(702) 998-1022
bondsk@hallevans.com

*Counsel for Defendant Trans Union, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY SIMS, | Case No.: 2:25-cv-2254-JCM-MDC |
| Plaintiff, | |
| v. | **DEFENDANT TRANS UNION, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT** |
| EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and SYNCHRONY BANK, | |
| Defendants. | |

Defendant Trans Union, LLC ("Trans Union") hereby files its Unopposed Motion for Extension of Time to Respond to Plaintiff's Initial Complaint (the "Motion") and in support states:

1. Trans Union's responsive pleading is due on December 16, 2025.

2. Counsel for Trans Union communicated with Plaintiff's counsel regarding the requested extension of the deadline to file a response to the Complaint, and Plaintiff's counsel agreed to a 28-day extension.

3. Good cause exists for Trans Union's request for an extension to file its answer or otherwise respond to the Complaint. Trans Union needs additional time to locate and assemble

the documents and information relating to Plaintiff's credit file and any dispute(s) submitted by Plaintiff. In addition, Trans Union's counsel needs additional time to review Trans Union's documents and information and to respond to the allegations in the Complaint.

4. Further, the added time afforded by the extension will also enable Plaintiff and Trans Union to fully explore an early settlement, potentially obviating the need for further use of court time and resources.

5. The Motion is not for delay.

6. This is Trans Union's first extension of time and the requested extension does not prejudice the parties.

7. For the foregoing reasons, Plaintiff requests that the Court issue an order extending the date, to January 13, 2026, on which TransUnion must answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

**HALL & EVANS, LLC**

/s/ *Kurt R. Bonds, Esq.*
HALL & EVANS, LLC
KURT R. BONDS, ESQ.
Nevada Bar #6228
1160 North Town Center Dr., Suite 330
Las Vegas, NV 89144
(702) 998-1022
bondsk@hallevans.com
*Counsel for Defendant Trans Union, LLC*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 12-18-25

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2025, I electronically filed the foregoing **DEFENDANT TRANS UNION LLC'S RULE 7.1 CERTIFICATE OF INTERESTED PARTIES** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Michael Everett Yancey , III
Consumer Justice Law Firm PLC
2300 West Sahara Ave, Suite 800
Las Vegas, NV 89102
480-573-9272
Fax: 718-715-1750
Email: myancey@consumerjustice.com
**Counsel for Plaintiff**

**HALL & EVANS, LLC**

/s/ *Kurt R. Bonds, Esq.*
HALL & EVANS, LLC
KURT R. BONDS, ESQ.
Nevada Bar #6228
1160 North Town Center Dr., Suite 330
Las Vegas, NV 89144
(702) 998-1022
bondsk@hallevans.com

*Counsel for Defendant Trans Union, LLC*