SEYFARTH SHAW LLP
Jennifer R. Brooks (SBN 14480)
jrbrooks@seyfarth.com
2323 Ross Avenue, Suite 1660
Dallas, Texas 75201
Telephone: (469) 608-6730

*Counsel for Defendant*
*Equifax Information Services LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY SIMS,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, and SYNCHRONY BANK,<br><br>    Defendants. | Case No.: 2:25-cv-02254-JCM-MDC |

**AMENDED STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER – FIRST REQUEST**

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from December 22, 2025 through and including January 21, 2026. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

IT IS SO ORDERED 12-30-25.

_____
United States Magistrate Judge

SEYFARTH SHAW LLP
Attorneys at Law
Dallas

322332975v.1

| | |
|---|---|
| Dated: December 18, 2025 | Respectfully submitted,<br><br>SEYFARTH SHAW LLP<br><br><br>By:  */s/ Jennifer R. Brooks*<br>Jennifer R. Brooks, SBN 14480<br>jrbrooks@seyfarth.com<br>SEYFARTH SHAW LLP<br>2323 Ross Avenue, Suite 1660<br>Dallas, Texas  75201<br>Telephone:  (469) 608-6730<br><br><br>CLARK HILL, PLLC<br>Gia N. Marina, Nevada Bar No. 15276<br>gmarina@clarkhill.com<br>1700 S. Pavilion Center Drive<br>Suite 500<br>Las Vegas, Nevada 89135<br>Telephone: (702) 862-8300<br><br>*Counsel for Defendant*<br>*Equifax Information Services LLC* |
| Dated: December 18, 2025 | Agreed & Consented to:<br><br>CONSUMER JUSTICE LAW FIRM PLC<br><br><br>By:  */s/ Michael Yancey III*<br>Michael Yancey III, SBN 16158<br>myancey@consumerjustice.com<br>CONSUMER JUSTICE LAW FIRM PLC<br>2300 West Sahara Avenue, Suite 800<br>Las Vegas, Nevada 89102<br>Telephone:  (480) 573-9272<br>Facsimile:  (480) 613-7733<br><br>*Counsel for Plaintiff*<br>*Kimberly Sims* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2025, I presented the foregoing AMENDED STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    */s/ Jennifer R. Brooks*
Jennifer R. Brooks
*Counsel for Defendant*
*Equifax Information Services LLC*

SEYFARTH SHAW LLP
Attorneys at Law
Dallas

322332975v.1