Erica J. Stutman (#10794)
SNELL & WILMER L.L.P.
1 E. Washington St., Suite 2700
Phoenix, Arizona 85004-2556
Telephone:  602.382.6000
Facsimile:  602.382.6070
estutman@swlaw.com

*Attorney for Defendant Synchrony Bank*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY SIMS,<br><br>  Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, and SYNCHRONY BANK<br><br>  Defendants. | Case No. 2:25-cv-02254-JCM-MDC<br><br>**AMENDED STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT SYNCHRONY BANK TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1 and ECF No. 17, Plaintiff Kimberly Sims ("Plaintiff") and Defendant Synchrony Bank ("Synchrony") hereby stipulate and request an Order from the Court extending the deadline for Synchrony to answer or otherwise respond to Plaintiff's Complaint from December 22, 2025 to January 19, 2026.

The Complaint was filed on November 14, 2025.  Synchrony was served on December 1, 2025 in the state of Ohio. Due to competing professional obligations, vacations, and holiday office closures, Synchrony and its counsel need additional time to evaluate the allegations set forth in the Complaint and to prepare a meaningful response.  To that end, the parties have agreed that Synchrony can have an additional 28 days to file its responsive pleading or otherwise respond to the Complaint, until January 19, 2026.  This is the first request for an extension and is not sought for purposes of delay.

**IT IS SO ORDERED** 1-6-26.

_____
UNITED STATES MAGISTRATE JUDGE

1 | DATED: December 31, 2025      SNELL & WILMER L.L.P.

By: *s/Erica J. Stutman*
   Erica J. Stutman
   *Attorney for Defendant Synchrony Bank*

CONSUMER JUSTICE LAW FIRM PLC

By: *s/Michael Yancey*
   Michael Yancey
   *Attorney for Plaintiff Kimberly Sims*