Erica J. Stutman (#10794)
SNELL & WILMER L.L.P.
1 E. Washington St., Suite 2700
Phoenix, Arizona 85004-2556
Telephone: 602.382.6000
Facsimile: 602.382.6070
estutman@swlaw.com

*Attorney for Defendant Synchrony Bank*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY SIMS,<br><br>       Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, and SYNCHRONY BANK<br><br>       Defendants. | Case No. 2:25-cv-02254-JCM-MDC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT SYNCHRONY BANK TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)**<br><br>(Assigned to Hon. Couvillier III) |

Pursuant to LR IA 6-1 and ECF No. 17, Plaintiff Kimberly Sims ("Plaintiff") and Defendant Synchrony Bank ("Synchrony") hereby stipulate and request an Order from the Court extending the deadline for Synchrony to answer or otherwise respond to Plaintiff's Complaint from January 19, 2026 to February 4, 2026.

As good cause, the parties are attempting to expeditiously resolve the litigation, and the additional time is requested to see if the parties can reach a resolution that would moot any response to the complaint. This extension will not cause any delay in the litigation.

**IT IS SO ORDERED** 1-15-26 .

_____
UNITED STATES MAGISTRATE JUDGE
MAXIMILIANO D. COUVILLIER III

RESPECTFULLY SUBMITTED this 15th day of January 2026

SNELL & WILMER L.L.P.


By: *s/Erica J. Stutman*
    Erica J. Stutman
    *Attorney for Defendant Synchrony*
    *Bank*


CONSUMER JUSTICE LAW FIRM PLC


By: *s/Michael Yancey (with permission)*
    Michael Yancey
    *Attorney for Plaintiff Kimberly Sims*

SNELL & WILMER