Michael Yancey III, NV Bar No. 16158
**CONSUMER JUSTICE LAW FIRM PLC**
2300 West Sahara Avenue, Suite 800
Las Vegas, Nevada 89102
Phone: (480) 573-9272
Fax: (480) 613-7733
Email: myancey@consumerjustice.com

8095 N. 85th Way
Scottsdale, AZ 85258
*Attorney for Plaintiff,*
*Kimberly Sims*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KIMBERLY SIMS,<br><br>                    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, and SYNCHRONY BANK,<br><br>                    Defendants. | **Case No.: 2:25-cv-02254-JCM-MDC**<br><br>District Judge: James C. Mahan<br><br>Magistrate Judge: Maximiliano D Couvillier, III<br><br>**STIPULATION OF DISMISSAL AS TO TRANS UNION LLC AND ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kimberly Sims, ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice. Each party will bear its own costs and attorney fees.

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** ___May 15, 2026_____

1

RESPECTFULLY SUBMITTED on this 28th day of April 2026.

| | |
|---|---|
| **CONSUMER JUSTICE LAW FIRM PLC**<br>*/s/ Michael Yancey III*<br>Michael Yancey III, NV Bar No. 16158<br>2300 West Sahara Avenue, Suite 800<br>Las Vegas, Nevada 89102<br>Phone: (480) 573-9272<br>Fax: (480) 613-7733<br>Email: myancey@consumerjustice.com<br><br>**CONSUMER JUSTICE LAW FIRM PLC**<br>8095 N. 85th Way<br>Scottsdale, AZ 85258<br><br>*Attorney for Plaintiff*<br>*Kimberly Sims* | **Quilling, Selander, Lownds,**<br>**Winslett & Moser, P.C.**<br>*/s/ Leoncio A. Gil, III*<br>Leoncio A. Gil, III<br>Nevada State Bar No. 13129<br>leon.gil@qslwm.com<br>5801 Tennyson Pkwy., Suite 440<br>Plano, Texas 75024<br>(214) 560-5458 / Fax: (214) 871-2111<br><br>*Counsel for Trans Union LLC* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM**

By: */s/ Marie Tirona*
Marie Tirona